AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

~~SEALED~~

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

A Samsung Galaxy Note 8, bearing IMEI 35182309245256, as further described in Attachment A-10

Case No. 2:19-cr-00888

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-10

located in the _____ District of __South Carolina__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B-10

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 201 | Bribery |
| 18 USC 371 | Conspiracy |
| 18 USC 1343 | Wire Fraud |

The application is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

DCIS Special Agent Doyle E. Mullis III
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 25, 2019

*Judge's signature*

City and state: Charleston, SC

Mary Gordon Baker, U.S. Magistrate Judge
*Printed name and title*